# EXHIBIT A

# Plaintiff's Complaint

# EXHIBIT A

**Electronically Filed**
**11/24/2020 3:37 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**COMP (CIV)**
**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax:    (702) 870-1846
Email:  kevinh@hanrattylawgroupm.com
Attorneys for Plaintiff, Veronica P. Stokes

CASE NO: A-20-825390-C
Department 28

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| VERONICA P. STOKES, individually, | Case No.: |
| | Dept No.: |
| Plaintiff, | |
| vs. | **COMPLAINT FOR:** |
| | 1. **Negligence** |
| BJ'S RESTAURANT OPERATIONS | 2. **Negligent Hiring, Training and** |
| COMPANY, a Foreign Corporation, dba BJ'S | **Supervision; and** |
| RESTAURANT INC., DOES I through X and | 3. **Respondeat Superior** |
| ROE CORPORATIONS I through X, | |
| inclusive, | |
| Defendants. | |

COMES NOW the Plaintiff, VERONICA P. STOKES, an individual (hereinafter referred to as "Plaintiff STOKES"), by and through her attorneys, Kevin M. Hanratty, Esq. of the HANRATTY LAW GROUP, and hereby complains and alleges against Defendants, BJ'S RESTAURANT OPERATIONS COMPANY, a Foreign Corporation, dba BJ'S RESTAURANT INC., (hereinafter referred to as "Defendant BJ'S RESTAURANT") DOES I through X and ROE CORPORATIONS I through X, inclusive, and alleges as follows:

### I.
### PARTIES

1.     At all times relevant hereto, Plaintiff, VERONICA P. STOKES, is and was a resident of Cabot, Pennsylvania at the time of the subject incident.

1

2.      Upon information and belief, Defendants BJ'S RESTAURANT OPERATIONS COMPANY, a Foreign Corporation, dba BJ'S RESTAURANT INC., is licensed to do business in the State of Nevada, owns, and operates BJ's Restaurant located at 310840 West Charleston Boulevard, Las Vegas, Nevada 89144, where the incident occurred on December 27, 2018 where Plaintiff STOKES was seriously injured.

3.      The true names or capacities, whether individual, corporate, associate or otherwise of Defendants DOES I - X and/or ROES CORPORATIONS I - X, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed, believe and allege that Defendants designated herein as a DOE and/or ROE CORPORATION are any one of the following:

a.      A party responsible in some manner for the events and happenings hereunder referred to, and in some manner proximately caused injuries and damages to the Plaintiff as herein alleged including, but not limited to, responsible for the vehicle at issue.

b.      Parties that were the agents, servants, authorities and contractors of the Defendants, each of them acting within the course and scope of their agency, employment, or contract;

c.      Parties that own, lease, manage, operate, secure, inspect, repair, maintain and/or are responsible for the vehicle driven by the Defendants at the time of this incident; and/or

d.      Parties that have assumed or retained the liabilities of any of the Defendants by virtue of an agreement, sale, transfer or otherwise.

4.      Plaintiff STOKES alleges that the activities described in this Complaint were performed by each named or unnamed Defendants, either individually or in concert with the others, or with the knowledge, encouragement or direction of one or more of the other named or unnamed Defendants, and therefore those Defendants are jointly, separately liable, and

2

1   vicariously liable for the injuries and causes of action further described in this Complaint.

2                                                      **II.**
                                          **SUBSTANTIVE FACTS**
3                                            **(As to All Defendants)**

4           5.      Plaintiff STOKES repeats and realleges the previous paragraphs 1 through 4 as
5   though fully set forth herein.

6           6.      On December 27, 2018, Plaintiff VERONICA P. STOKES was out to dinner at
7
8   BJ's Restaurant located at 10840 West Charleston Boulevard, Las Vegas, Nevada 89144.  As
9   Plaintiff exited the woman's restroom and was walking back to her seat, she suddenly,
10  unexpectedly and without warning slipped and fell directly behind the front reception desk to the
11  restaurant due to the unbelievable amount of transferred oil, food and/or food substances that was
12  allowed to accumulate on the floor.  The area in question is the highly trafficked area for food
13  servers to carry both food from the kitchen to the very busy restaurant floor but also for food
14  servers to return used and soiled dishes from the restaurant floor back to the kitchen after use by
15  patrons of the restaurant.
16
17          7.      Immediately following Plaintiff STOKES' incident, a restaurant employee began
18  to put up "Caution – Slippery/Wet Floor" signs following her fall.

19          8.      As a result of the incident, Plaintiff STOKES suffered severe and permanent
20  injuries, including but not limited to: (1) Right Knee Pain; (2) Right Foot Pain; and (3) Pain in
21  Right Toes, which required her to undergo **(1) Right Knee Comminuted Patella Open**
22  **Reduction and Internal Fixation, (2) Medial and Lateral Retinacular/Collateral Ligament**
23  **Tear Repair, and (3) Open Anterior and Posterior Synovectomy, on January 3, 2019** and in
24  which she continues to suffer, severe debilitating injuries as a result of the incident to this day.
25
26          ///
27
28
                                                      3

**III.**
**FIRST CLAIM FOR RELIEF**
**(Negligence against All Defendants)**

9.      Plaintiff STOKES repeats and realleges the prior paragraphs 1 through 8 as though fully set forth herein.

10.     Defendants BJ'S RESTAURANT OPERATIONS COMPANY, a Foreign Corporation, dba BJ'S RESTAURANT INC., had a duty to use reasonable care in keeping, maintaining, and operating their restaurant in a safe manner so as to prevent patrons from slipping and falling on debris, oil, food and/or food substances that spilled and was allowed to remain on the floor creating and posing a serious risk of personal injuries to patrons, including Plaintiff STOKES, within their restaurant.

11.     Defendants BJ'S RESTAURANT OPERATIONS COMPANY, a Foreign Corporation, dba BJ'S RESTAURANT INC. SPA, breached their duties to provide a safe environment for Plaintiff STOKES to safely walk within the restaurant when Defendants failed to train their employees to immediately post caution signs, clean up and prevent patrons from traversing the area and their negligence resulted in and contributed to the foreseeable injuries to patrons, including Plaintiff STOKES, within the restaurant and placed Plaintiff STOKES at risk for serious personal injuries.

12.     As a direct result of Defendants' negligence, Plaintiff STOKES suffered serious life altering personal injuries, including but not limited to    (1) Right Knee Pain; (2) Right Foot Pain; and (3) Pain in Right Toes, which required her to undergo **(1) Right Knee Comminuted Patella Open Reduction and Internal Fixation, (2) Medial and Lateral Retinacular/Collateral Ligament Tear Repair, and (3) Open Anterior and Posterior Synovectomy, on January 3, 2019** and continues suffer, severe debilitating injuries as a result of the incident.

4

13.     As a direct result of Defendants' negligence, Plaintiff STOKES has been required to seek extensive medical care and incur medical expenses, both past and future, well in excess of $15,000.00.

14.     Plaintiff STOKES has been required to retain the services of counsel to prosecute this claim and is entitled to an award of attorney's fees and costs incurred herein.

### IV.
### SECOND CAUSE OF ACTION
**(Negligent Training and Supervision Against All Defendants)**

15.     Plaintiff STOKES repeats and realleges the prior paragraphs 1 through 14 as though fully set forth herein.

16.     Defendant BJ'S RESTAURANT OPERATIONS COMPANY had advanced knowledge that employees and/or agents were unfit for the purposes of keeping, maintaining, and operating the restaurant in a safe manner so as to prevent patrons from slipping and falling on debris, oil, food and/or food substances that spilled and was allowed to remain on the floor and employed such employees with conscious disregard to the rights and safety of patrons and guests of their restaurant.

17.     Defendant BJ'S RESTAURANT OPERATIONS COMPANY expressly authorized or ratified the wrongful acts of the employees and/or agents and had a duly to properly train and supervise all such employees for the benefit and protection of Plaintiff to this action.

18.     Defendant BJ'S RESTAURANT OPERATIONS COMPANY breached this duty by failing to properly train and supervise such employees and expressly authorized or ratified the wrongful acts of the employees and/or agents.  As a direct result, Plaintiff has been damaged in excess of $15,000.00.

19.     At all times mentioned herein, Defendant BJ'S RESTAURANT OPERATIONS

COMPANY knew that the improper training and supervision of Defendant's employees would create an unreasonably dangerous condition and it was reasonably foreseeable that the improper training, supervision, control and maintenance of Defendant's restaurant operated by Defendant, would jeopardize the safety of Plaintiff, which Defendant BJ'S RESTAURANT OPERATIONS COMPANY knew would result in serious injury.

20.     That the actions of the Defendants, and each of them, have required Plaintiff to employ attorneys to represent them in this matter, and are thereby entitled to an award of reasonable attorneys' fees and costs incurred herein.

V.
**FOURTH CAUSE OF ACTION**
**(Respondeat Superior Against All Defendants)**

21.     Plaintiff STOKES repeats and realleges the prior paragraphs 1 through 20 as though fully set forth herein.

22.     Defendant BJ'S RESTAURANT OPERATIONS COMPANY had advanced knowledge that employees and/or agents were unfit for the purposes of

keeping, maintaining, and operating the restaurant in a safe manner so as to prevent patrons from slipping and falling on debris, oil, food and/or food substances that spilled and was allowed to remain on the floor and employed such employees with conscious disregard to the rights and safety of patrons and guests of their restaurant.

23.     Defendant BJ'S RESTAURANT OPERATIONS COMPANY expressly authorized or ratified the wrongful acts of the employees and/or agents and such Defendant employees were acting within the scope of their employment with Defendant BJ'S RESTAURANT OPERATIONS COMPANY.  As a direct result, Plaintiff has been damaged in excess of $15,000.00.

6

24.     At all times mentioned herein, Defendant BJ'S RESTAURANT OPERATIONS COMPANY knew that the improper training and supervision of Defendants' employees would create an unreasonably dangerous condition and it was reasonably foreseeable that the improper training, supervision, control and maintenance of Defendant's employees would jeopardize the safety of patrons, which Defendant knew would result in serious injury.

25.     That the actions of Defendants, and each of them, have required Plaintiff to employ attorneys to represent them in this matter, and are thereby entitled to reasonable attorneys' fees and costs incurred herein.

WHEREFORE, Plaintiff VERONICA P. STOKES, prays for Judgment against Defendants BJ'S RESTAURANT OPERATIONS COMPANY, a Foreign Corporation, dba BJ'S RESTAURANT INC., and each of them as follows:

(1)     For general and special damages in the sum in excess of $15,000.00;

(2)     For an award of attorney's fees and costs;

(3)     For medical expenses;

(4)     For pre and post judgment interest; and

(5)     For such other and further relief as the Court deems just and proper under the circumstances.

DATED this _____ day of November, 2020.

**HANRATTY LAW GROUP**

By: _____
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Attorneys for Plaintiff, *Veronica P. Stokes*

7