1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Jacquelyn Franco, Esq.
   Nevada State Bar No. 13484
3  **BACKUS, CARRANZA & BURDEN**
4  3050 South Durango Drive
   Las Vegas, NV 89117
5  (702) 872-5555
   (702) 872-5545
6  jburden@backuslaw.com
   Attorneys for Defendants
7  BJ'S Restaurant Operations Company

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| 11  VERONICA P. STOKES, Individually, | ) 2:21-cv-00099-JCM-VCF |
| 12            Plaintiff, | ) |
| 13  vs. | ) |
| 14  BJ'S RESTAURANT OPERATIONS | ) |
|     COMPANY, a Foreign Corporation, dba | ) |
| 15  BJ'S RESTAURANT INC., DOES I through | ) |
|     X; and ROE CORPORATIONS I through X; | ) |
| 16  inclusive, | ) |
| 17            Defendants. | ) |

18

### STIPULATION AND ORDER TO REMAND

19

20   Plaintiff VERONICA P. STOKES, by and through her counsel of record Kevin M.

21 Hanratty, Esq., of the law firm HANRATTY LAW GROUP, and Defendant BJ'S RESTAURANT

22 OPERATIONS COMPANY, by and through its counsel of record Jack P. Burden, Esq. and

23 Jacquelyn Franco, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate and agree

24 . . . .

25

26 . . . .

27 . . . .

28 . . . .

. . . .

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

to remand this case back to the Eighth Judicial District Court, Clark County, Nevada.

IT IS SO STIPULATED.

DATED: this 1st day of February, 2021.

**HANRATTY LAW GROUP**

By: /s/ Kevin Hanratty
Kevin M. Hanratty, Esq.
Nevada Bar No. 7734
1815 Village Center Circle, Suite 140
Las Vegas, NV 89134
*Attorneys for Plaintiff*

DATED: this 1st day of February, 2021.

**BACKUS, CARRANZA & BURDEN**

/s/ Jacquelyn Franco
Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** that this case shall be remanded back to the Eighth Judicial District Court, Clark County, Nevada.

Dated: February 5, 2021.

_____
UNITED STATES DISTRICT JUDGE

2

**Jacquelyn Franco**

| | |
|---|---|
| **From:** | Kevin Hanratty <kevinh@hanrattylawgroup.com> |
| **Sent:** | Monday, February 1, 2021 3:47 PM |
| **To:** | Jacquelyn Franco; Carmen Lozano |
| **Cc:** | Jack Burden; Katri Ching |
| **Subject:** | RE: Stokes v. BJ's Restaurants |

Ms. Franco,

You have my permission to attach my electronic signature to the stipulation for filing with the Federal Court.

# Kevin M. Hanratty, Esq.

Attorney At Law

```
HANRATTY LAW GROUP
1815 Village Center Circle Ste 140
Las Vegas Nevada 89134

Office Telephone: (702) 821-1379
Office Facsimile: (702) 870-1846

E-mail: kevinh@hanrattylawgroup.com

NOTE: The information in this communication and any attached documents contain information
from the above corporation/law firm that may be confidential and/or privileged. If you
are not the intended recipient, or an agent responsible for delivering it to the intended
recipient, you may not read, copy, distribute or use this information. If you have
received this transmission in error, please notify the sender immediately by reply email
and then delete all electronic copies and destroy any hard copies.
```

In accordance with Internal Revenue Service Circular 230, we advise you that if this e-mail contains any tax advice, such tax advice was not intended or written to be used and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.